# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138083(40)

SANDRA ELLIS and GORDON ELLIS,
     Plaintiffs-Appellants,

v

                                          SC: 138083
                                          COA: 279930

JAMES HATCHEW,
     Defendant-Appellee.
                                          Mecosta CC: 05-016890-NO

_____/

On order of the Court, the motion for reconsideration of this Court's July 10, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J. and CAVANAGH, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

d0125